IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PIERRE FABRE MEDICAMENT SAS;
UNIVERSITÉ DE BORDEAUX; CENTRE
HOSPITALIER UNIVERSITAIRE DE
BORDEAUX; and PIERRE FABRE
PHARMACEUTICALS, INC.,

        Plaintiffs/Counterclaim Defendants,

        v.

RUBICON RESEARCH PRIVATE LIMITED,

        Defendant/Counterclaim Plaintiff.

C.A. No. 1:24-cv-00811-JLH-SRF

**RENEWED JOINT MOTION FOR TELECONFERENCE
TO RESOLVE DISCOVERY DISPUTE**

Plaintiffs and Counterclaim Defendants, Pierre Fabre Medicament SAS, Université de Bordeaux, Centre Hospitalier Universitaire de Bordeaux, and Pierre Fabre Pharmaceuticals, Inc., and Defendant and Counterclaim Plaintiff Rubicon Research Private Limited, jointly and respectfully move this Court to schedule a teleconference to address outstanding disputes regarding the following discovery matters:

- Plaintiffs' request to compel further responses to interrogatories 2-4 and requests for admission 3, 5-17, 21-27, 29-30, and 32-34

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (in person and/or by telephone) on May 9, 2025 to discuss these responses and did not reach a compromise on any of them.

**Delaware Counsel:**

For Plaintiffs: Travis Bliss and Keith Jones

For Defendant: Kaan Ekiner

**Lead Counsel:**

For Plaintiffs: Philip Hirschhorn

For Defendant: W. Blake Coblentz

The parties are available for a teleconference on the following dates:

- May 29 at 11:00-12:30 or 2:00-3:30

- June 4 at 9:30-3:30

- June 9 at 9:30-12:00

Respectfully submitted this 19th day of May, 2025, by:

| | |
|---|---|
| */s/ Keith A. Jones* | */s/ Kaan Ekiner* |
| John D. Simmons (#5996) | Kaan Ekiner (#5607) |
| Travis W. Bliss (#4988) | COZEN O'CONNOR |
| Keith A. Jones (#7011) | 1201 N. Market Street, Suite 1001 |
| PANITCH SCHWARZE BELISARIO & NADEL LLP | Wilmington, DE 19801 |
| Delaware Corporate Center | Tel: (302) 295-2000 |
| 1 Righter Parkway, Suite 220 | kekiner@cozen.com |
| Wilmington, DE 19803 | |
| Tel: (302) 394-6001 | W. Blake Coblentz (*pro hac vice*) |
| jsimmons@panitchlaw.com | Aaron S. Lukas (*pro hac vice*) |
| tbliss@panitchlaw.com | COZEN O'CONNOR |
| kjones@panitchlaw.com | 1200 19th Street, NW |
| | Washington, DC 20036 |
| Philip L. Hirschhorn (*pro hac vice*) | Tel: (202) 912-4800 |
| Erin M. Dunston (*pro hac vice*) | wcoblentz@cozen.com |
| PANITCH SCHWARZE BELISARIO & NADEL LLP | alukas@cozen.com |
| Two Commerce Square | |
| 2001 Market Street, Suite 2800 | Keri L. Schaubert (*pro hac vice*) |
| Philadelphia, PA 19103-7044 | COZEN O'CONNOR |
| Tel: (215) 965-1330 | 3 WTC, 175 Greenwich St., 55th Floor |
| phirschhorn@panitchlaw.com | New York, NY 10007 |
| edunston@panitchlaw.com | Tel: (212) 509-9400 |
| | kschaubert@cozen.com |
| *Attorneys for Plaintiffs/Counterclaim Defendants* | |
| | *Attorneys for Defendant/Counterclaim Plaintiff* |