**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PIERRE FABRE MEDICAMENT SAS, UNIVERSITÉ DE BORDEAUX, CENTRE HOSPITALIER UNIVERSITAIRE DE BORDEAUX, and PIERRE FABRE PHARMACEUTICALS, INC.,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>RUBICON RESEARCH PRIVATE LIMITED,<br><br>Defendant/Counterclaim Plaintiff. | C.A. No. 24-811-JLH-SRF |

### JOINT MOTION FOR A TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE

Defendant and Counterclaim Plaintiff Rubicon Research Private Limited ("Rubicon") and Plaintiffs and Counterclaim Defendants, Pierre Fabre Medicament SAS, Université de Bordeaux, Centre Hospitalier Universitaire de Bordeaux, and Pierre Fabre Pharmaceuticals, Inc. (collectively, "Plaintiffs"), jointly and respectfully move this Court to schedule a teleconference to address an outstanding dispute regarding the following discovery matter:

- Rubicon's request to expedite the production of Dr. June K. Wu's prior testimony in *Pierre Fabre Medicament SAS. et al. v. Annora Pharma Private Limited*, C.A. No. 22-1442-JLH (D. Del.), as well as her prior expert reports and declarations in that same matter, before the deadline for Rubicon's Answering Claim Construction Brief (May 30) in the present action.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (in person and/or by telephone) on May 19, 2025, to discuss these documents and did not reach a compromise.

**Delaware Counsel:**

For Plaintiffs: Travis Bliss and Keith Jones

1

For Defendant: Kaan Ekiner

**Lead Counsel:**

For Plaintiffs: Keith Jones

For Defendant: Keri Schaubert

The parties are available for a teleconference on the following dates:

• May 28, 1-3pm ET

• May 29, 11am – 3pm ET

• May 30, 9:30am – 12pm ET

Respectfully submitted this 20th day of May, 2025, by:

<table>
<tr><td>

*/s/ Kaan Ekiner*
Kaan Ekiner (#5607)
COZEN O'CONNOR
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Tel: (302) 295-2000
kekiner@cozen.com

W. Blake Coblentz (*pro hac vice*)
Aaron S. Lukas (*pro hac vice*)
COZEN O'CONNOR
2001 M Street, NW, Suite 500
Washington, DC 20036
Tel: (202) 912-4800
wcoblentz@cozen.com
alukas@cozen.com

Keri L. Schaubert (*pro hac vice*)
COZEN O'CONNOR
3 WTC, 175 Greenwich St., 55th Floor
New York, NY 10007
Tel: (212) 509-9400
kschaubert@cozen.com

*Attorneys for Defendant/Counterclaim
Plaintiff*

</td><td>

*/s/ Keith A. Jones*
John D. Simmons (#5996)
Travis W. Bliss (#4988)
Keith A. Jones (#7011)
PANITCH SCHWARZE BELISARIO &
NADEL LLP
Delaware Corporate Center
1 Righter Parkway, Suite 220
Wilmington, DE 19803
Tel: (302) 394-6001
jsimmons@panitchlaw.com
tbliss@panitchlaw.com
kjones@panitchlaw.com

Philip L. Hirschhorn (*pro hac vice*)
Erin M. Dunston (*pro hac vice*)
PANITCH SCHWARZE BELISARIO &
NADEL LLP
Two Commerce Square
2001 Market Street, Suite 2800
Philadelphia, PA 19103-7044
Tel: (215) 965-1330
phirschhorn@panitchlaw.com
edunston@panitchlaw.com

*Attorneys for Plaintiffs/Counterclaim
Defendants*

</td></tr>
</table>