IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| PIERRE FABRE MEDICAMENT SAS; UNIVERSITÉ DE BORDEAUX; CENTRE HOSPITALIER UNIVERSITAIRE DE BORDEAUX; and PIERRE FABRE PHARMACEUTICALS, INC., | ) ) ) ) ) ) ) | Case No. 24-cv-811-JLH-SRF |
| *Plaintiffs,* | ) ) | **REDACTED VERSION OF D.I. 61** |
| v. | ) |  |
| RUBICON RESEARCH PRIVATE LIMITED, | ) ) ) |  |
| *Defendant.* | ) ) |  |

**EXHIBIT B AND C TO THE LETTER TO JUDGE FALLON**

PANITCH SCHWARZE BELISARIO & NADEL LLP

OF COUNSEL:

Philip L. Hirschhorn (*pro hac vice*)
Erin M. Dunston (*pro hac vice*)
PANITCH SCHWARZE BELISARIO & NADEL LLP
Two Commerce Square
2001 Market Street, Suite 2800
Philadelphia, PA 19103-7044
Tel: (215) 965-1330
phirschhorn@panitchlaw.com
edunston@panitchlaw.com

John D. Simmons (#5996)
Travis W. Bliss (#4988)
Keith A. Jones (#7011)
Delaware Corporate Center
1 Righter Parkway, Suite 220
Wilmington, Delaware 19803
Tel: (302) 394-6001
jsimmons@panitchlaw.com
tbliss@panitchlaw.com
kjones@panitchlaw.com

***Attorneys for Plaintiffs***

Dated: June 2, 2025
Redaction Filed: June 5, 2025

# EXHIBIT B

REDACTED IN ITS ENTIRETY

# EXHIBIT C

## REDACTED IN ITS ENTIRETY