IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIERRE FABRE MEDICAMENT SAS; UNIVERSITÉ DE BORDEAUX; CENTRE HOSPITALIER UNIVERSITAIRE DE BORDEAUX; and PIERRE FABRE PHARMACEUTICALS, INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> RUBICON RESEARCH PRIVATE LIMITED, <br><br> Defendant/Counterclaim Plaintiff. | C.A. No. 1:24-cv-00811-JLH-SRF |

## MOTION TO STAY ORDER (D.I. 116) PENDING PLAINTIFFS' OBJECTIONS

Plaintiffs and Counterclaim Defendants Pierre Fabre Medicament SAS, Université de Bordeaux, Centre Hospitalier Universitaire de Bordeaux, and Pierre Fabre Pharmaceuticals, Inc. (collectively, "Plaintiffs"), by and through their undersigned counsel, respectfully move this Court to issue a stay of its November 7, 2025 oral order (D.I. 116) granting the Defendant's motion to compel the Rule 30(b)(1) depositions of Dr. Christine Léauté-Labrèze, Dr. Éric Dumas de la Roque, and Dr. Benoît Thambo while Plaintiffs' objections to the oral order are pending. The reasons for this Motion are set out in the attached Memorandum.

## LOCAL RULE 7.1.1 STATEMENT

The undersigned counsel hereby certifies that counsel, including Delaware counsel, for both Plaintiffs and Defendant conferred by Teams videoconference on November 14, 2025, regarding this Motion to Stay. The parties were unable to reach agreement on the relief sought.

- 2 -

Respectfully submitted,

Dated: <u>November 17, 2025</u>

OF COUNSEL:

Philip L. Hirschhorn (*pro hac vice*)
Erin M. Dunston (*pro hac vice*)
Julianna L. Hunt (*pro hac vice*)
PANITCH SCHWARZE BELISARIO & NADEL LLP
Two Commerce Square
2001 Market Street, Suite 2800
Philadelphia, PA 19103-7044
Tel: (215) 965-1330
phirschhorn@panitchlaw.com
edunston@panitchlaw.com
jhunt@panitchlaw.com

*/s/ Keith A. Jones*
John D. Simmons (#5996)
Travis W. Bliss (#4988)
Keith A. Jones (#7011)
Ikenna C. Ejimonyeugwo (*pro hac vice*)
PANITCH SCHWARZE BELISARIO & NADEL LLP
Delaware Corporate Center
1 Righter Parkway, Suite 220
Wilmington, Delaware 19803
Tel: (302) 394-6001
jsimmons@panitchlaw.com
tbliss@panitchlaw.com
kjones@panitchlaw.com
iejimonyeugwo@panitchlaw.com

*Attorneys for Plaintiffs/Counterclaim Defendants*